IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-286 KGB

**SC REALTY SERVICES, INC.**     **DEFENDANT**

### NOTICE OF AGREED FILING -- LATE CONSENTS TO JOIN

Plaintiff Hamonn Pratt, individually and on behalf of all others similarly situated, by and through his attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, gives notice of the agreed filing of the attached late Consents to Join as:

1. Rhonda Barr;
2. Raven Burkley;
3. Ieshia Davis;
4. Candice Holman;
5. Lanetta Johnson;
6. Melvin Lovo;
7. Marita Morales;
8. Michael Rhodes;
9. Esthela Ruiz;
10. Jaziel Ruiz;
11. Hector Ruiz;
12. Roy Simmons; and

Page 1 of 1
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
Notice of Filing Late Consents to Join

13. Jacqueline Wade.

Defendant has consented in writing to this filing.

Dated this 24th day of April, 2024.

                                                 Respectfully submitted,

                                                 **PLAINTIFF HAMONN PRATT,**
                                                 **Individually and on Behalf of**
                                                 **All Others Similarly Situated**

                                               SANFORD LAW FIRM, PLLC
                                               Kirkpatrick Plaza
                                               10800 Financial Centre Pkwy, Suite 510
                                               Little Rock, Arkansas 72211
                                               Telephone: (800) 615-4946
                                               Facsimile: (888) 787-2040

                                               */s/ Daniel Ford*
                                               Daniel Ford
                                               Ark. Bar No. 2014162
                                               daniel@sanfordlawfirm.com

                                               Josh Sanford
                                               Ark. Bar No. 2001037
                                               josh@sanfordlawfirm.com

Page 1 of 1
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
Notice of Filing Late Consents to Join

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing Notice was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

James M. Gary, Esq.
KUTAK ROCK LLP
One Union National Plaza
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 975-3000
Facsimile: (501) 975-3001

Gregory D. Ballew, Esq. (*Pro Hac Vice*)
James C. Sullivan, Esq. (*Pro Hac Vice*)
FISHER & PHILLIPS LLP
4622 Pennsylvania Avenue, Suite 910
Kansas City, Missouri 64112
Telephone: (816) 842-8770
Facsimile: (816) 842-8767
gballew@fisherphillips.com
jsullivan@fisherphillips.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 1 of 1
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
Notice of Filing Late Consents to Join