IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on Behalf of All Others Similarly Situated**     PLAINTIFF

vs.     No. 4:22-cv-286-KGB

**SC REALTY SERVICES, INC.**     DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

RHONDA BARR
PRINTED NAME

Date: April 6, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAMONN PRATT, Individually and on                           PLAINTIFF
Behalf of All Others Similarly Situated

vs.                       No. 4:22-cv-286-KGB

SC REALTY SERVICES, INC.                                    DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_(signature)_
SIGNATURE

RAVEN BURKLEY
PRINTED NAME

Date: March 10, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAMONN PRATT, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

vs.                     No. 4:22-cv-286-KGB

SC REALTY SERVICES, INC.                                   DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Ieshia Davis*
SIGNATURE

IESHIA DAVIS
PRINTED NAME

Date: 4th March, 2023





Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on Behalf of All Others Similarly Situated**          **PLAINTIFF**

vs.                     No. 4:22-cv-286-KGB

**SC REALTY SERVICES, INC.**          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

CANDICE HOLMAN
PRINTED NAME

Date: 02-24, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAMONN PRATT, Individually and on
Behalf of All Others Similarly Situated                              PLAINTIFF

vs.                          No. 4:22-cv-286-KGB

SC REALTY SERVICES, INC.                                             DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

LANETTA JOHNSON
PRINTED NAME

Date: 3/11/ , 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on Behalf of All Others Similarly Situated**    PLAINTIFF

vs.    No. 4:22-cv-286-KGB

**SC REALTY SERVICES, INC.**    DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Melvin Lovo*
SIGNATURE

MELVIN LOVO
PRINTED NAME

Date: 03-12, 2023



Josh ...ford, Esq.
SANFO... LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on
Behalf of All Others Similarly Situated**                                   **PLAINTIFF**

vs.                                  No. 4:22-cv-286-KGB

**SC REALTY SERVICES, INC.**                                                **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

MARITZA MORALES
PRINTED NAME

Date: 3-14-____, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAMONN PRATT, Individually and on
Behalf of All Others Similarly Situated                                            PLAINTIFF

vs.                                        No. 4:22-cv-286-KGB

SC REALTY SERVICES, INC.                                                           DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Michael Rhodes_
SIGNATURE

MICHAEL RHODES
PRINTED NAME

Date: Mar. 2, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAMONN PRATT, Individually and on
Behalf of All Others Similarly Situated                                     PLAINTIFF

vs.                                          No. 4:22-cv-286-KGB

SC REALTY SERVICES, INC.                                                    DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 20__. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Esthela Ruiz_
SIGNATURE

ESTELA RUIZ
PRINTED NAME

Date: 10/10, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on Behalf of All Others Similarly Situated**          **PLAINTIFF**

s.          No. 4:22-cv-286-KGB

**REALTY SERVICES, INC.**          **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

JAZIEL RUIZ
PRINTED NAME

D____: 1 / 0 / 0 , 2023



sh Sanford, Esq.
ANFORD LAW FIRM, PLLC
irkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on**                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                 No. 4:22-cv-286-KGB

**SC REALTY SERVICES, INC.**                                   **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, ꜜ. I understand this lawsuit is being brought under the Fair Labor Standards Act for ꜜaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

HECTOR RUIZ
PRINTED NAME

Date: __1/10__, 202_3_



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAMONN PRATT, Individually and on  PLAINTIFF
Behalf of All Others Similarly Situated

vs.                     No. 4:22-cv-286-KGB

SC REALTY SERVICES, INC.           DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, ... I understand this lawsuit is being brought under the Fair Labor Standards Act for ... wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by ... aw Firm, PLLC, and to be bound by any settlement of this action or adjudication by ... urt.

Roy Simmons
SIGNATURE

ROY SIMMONS
PRINTED NAME

Date: 3-29, 2023



osh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HAMONN PRATT, Individually and on
Behalf of All Others Similarly Situated                                   PLAINTIFF

vs.                                    No. 4:22-cv-286-KGB

SC REALTY SERVICES, INC.                                                 DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a janitor for SC Realty Services, Inc., on or after March 28, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Jacqueline Wade_
SIGNATURE

JACQUELINE WADE
PRINTED NAME

Date: 3-11, 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE MARCH 14, 2023**