IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT,** **PLAINTIFF**
**individually and on behalf**
**of all others similarly situated**

v.   Case No. 4:22-cv-00286-KGB

**SC REALTY SERVICES, INC.** **DEFENDANT**

## ORDER

Before the Court is the status of the case. The Court entered a Final Scheduling Order setting this case for trial sometime during the week of May 8, 2023 (Dkt. No. 20, ¶ 1). The Court set a deadline of April 17, 2023, for the parties to file pretrial disclosure sheets (*Id.*, ¶ 8). The parties have not filed pretrial disclosure sheets, and the time for doing so has passed. The Court orders the parties to file pretrial disclosure sheets or a status report updating the Court on the status of this case within three days of the date of this Order.

So ordered this this 24th day of April, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge