IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on**                        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                         No. 4:22-cv-286 KGB

**SC REALTY SERVICES, INC.**                               **DEFENDANT**

## JOINT STATUS REPORT AND MOTION FOR EXTENSION OF DEADLINES AND AMENDED SCHEDULING ORDER

Plaintiff Hamonn Pratt, individually and on behalf of all other similarly situated, and Defendant SC Realty Services, Inc., by and through their respective undersigned counsel, for their Joint Status Report and Motion for Extension of Deadlines and Amended Scheduling Order, do hereby state and allege as follows:

1. On April 24, this Court ordered the Parties to file either pretrial disclosure sheets or a status report updating the Court on the current status of the case. *See* ECF No. 80.

2. This case is an FLSA collective action. On November 30, 2022, the Court granted Plaintiff's motion for conditional certification. ECF No. 29. On or around December 14, 2022, counsel for Plaintiff distributed the class notice to more than 3,100 putative class members. The opt-in period to join this action following the Court's granting of conditional certification closed on March 14, 2023. More than 500 individuals opted in.

Page 1 of 3
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
Joint Motion for Extension of Deadlines and Amended Scheduling Order

3. Since that time, the Parties have been working diligently to gather information on the more than 500 individuals that have opted in, which involves a significant amount of document gathering and evaluation.

4. The operative scheduling order in this matter had discovery closing and the motions deadline passing prior to the close of the opt-in period. *See* ECF No. 20.

5. Now that the Parties know the full extent of the collective, they are able to engage in preliminary discovery, evaluate the claims of named Plaintiffs and opt-in Plaintiffs, investigate potential resolution of the case, and, if necessary, litigate the case.

6. Accordingly, the parties request an amended scheduling order which resets the discovery deadline, motions deadline, the deadline to request a settlement conference and all other remaining deadlines, including a new trial date.

7. Due to the size and complexity of the collective and their claims, the Parties request a trial date and attendant deadlines that provide at least six months for discovery.

8. The parties make these requests in order to evaluate the collective, conduct discovery related to the opt-in Plaintiffs, and explore the possibility of early resolution.

9. This motion is filed jointly in good faith and not for the purposes of undue delay.

WHEREFORE, premises considered, the parties pray that this Court grant their Joint Status Report and Motion for Extension of Deadlines and Amended Scheduling Order, and for all other just and proper relief.

Page 2 of 3
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
**Joint Motion for Extension of Deadlines and Amended Scheduling Order**

Respectfully submitted,

**HAMONN PRATT, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Daniel Ford*
Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and      DEFENDANT SC REALTY SERVICES, INC.**

KUTAK ROCK LLP
One Union National Plaza
124 West Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 975-3000
Facsimile: (501) 975-3001

James M. Gary
Ark. Bar No. 80051
Jim.gary@kutakrock.com

*/s/ James C. Sullivan*
Gregory D. Ballew (*Pro Hac Vice*)
James C. Sullivan (*Pro Hac Vice*)
FISHER & PHILLIPS LLP
4622 Pennsylvania Avenue, Suite 910
Kansas City, Missouri 64112
Telephone: (816) 842-8770
Facsimile: (816) 842-8767
gballew@fisherphillips.com

Page 3 of 3
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
Joint Motion for Extension of Deadlines and Amended Scheduling Order