IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT,** **PLAINTIFF**
individually and on behalf
of all others similarly situated

v.    Case No. 4:22-cv-00286-KGB

**SC REALTY SERVICES, INC.** **DEFENDANT**

## ORDER

Before the Court is the parties' joint status report and motion for extension of deadlines and amended scheduling order (Dkt. No. 81). The Court entered a Final Scheduling Order setting this case for trial sometime during the week of May 8, 2023 (Dkt. No. 20, ¶ 1). In their joint status report and motion for extension of deadlines and amended scheduling order, the parties request additional time to engage in preliminary discovery, evaluate the claims of the named plaintiffs and the more than 500 opt-in plaintiffs, and investigate potential resolution of the case (Dkt. No. 81, ¶ 5). The parties request that the Court enter an amended scheduling order which resets the discovery deadline, motions deadline, the deadline to request a settlement conference, and all other remaining deadlines, and sets a new trial date (*Id.*, ¶ 6). The parties request that the deadlines provide at least six months for discovery (*Id.*, ¶ 7). For good cause shown, the Court grants the parties' joint motion for extension of deadlines and amended scheduling order (Dkt. No. 81). The Court will set new pretrial deadlines and a new trial date by separate order.

So ordered this this 28th day of April, 2023.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge