# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| HAMMON PRATT, individually and on behalf of all others similarly situated, | : : |
| Plaintiff, | : : |
| v. | : |
| SC REALTY SERVICES, INC. | : No. 4:22-cv-286-KGB : |
| Defendant. | : : |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that Defendant SC Realty Services, Inc.'s *First Request for Documents for Plaintiff Hammon Pratt* and *First Interrogatories to Plaintiff Hammon Pratt* were served via electronic mail in Word and .pdf formats on October 3, 2023, to:

>Josh Sanford
>Daniel Ford
>Sean Short
>Sanford Law Firm, PLLC
>10800 Financial Centre Parkway, Suite 510
>Little Rock, Arkansas 72211
>josh@sanfordlawfirm.com
>daniel@sanfordlawfirm.com
>sean@sanfordlawfirm.com

Respectfully submitted,

*/s/ James C. Sullivan*
James C. Sullivan, MO Bar # 38318
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
Phone: 816.842.8770
Facsimile: 816.842.8767
Email: jsullivan@fisherphillips.com

James M. Gary AR Bar No. 80051
KUTAK ROCK LLP
Attorneys at Law
One Union National Plaza
124 West Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
Direct: 501.975.3140
Main Dial: 501.975.3000
Fax: 501.975.3001
jim.gary@kutakrock.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 3rd day of the October, 2023, the foregoing was served via email to all counsel of record for Plaintiff:

    Josh Sanford
    Daniel Ford
    Sean Short
    Sanford Law Firm, PLLC
    10800 Financial Centre Parkway, Suite 510
    Little Rock, Arkansas 72211
    josh@sanfordlawfirm.com
    daniel@sanfordlawfirm.com
    sean@sanfordlawfirm.com

*/s/ James C. Sullivan*
Attorney for Defendant

FP 48388676.1