IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| HAMMON PRATT, individually and on behalf of all others similarly situated, | : : |
| Plaintiff, | : : |
| v. | : No. 4:22-cv-286-KGB |
| SC REALTY SERVICES, INC. | : : |
| Defendant. | : : |

**MOTION FOR LEAVE TO APPEAR PRO HAC VICE
OF ROBERT A. WASSERMAN**

Pursuant to Rule 83.5(d) of the Local Rules of the Eastern and Western Districts of Arkansas, the undersigned counsel moves the Court to grant admission *pro hac vice* to Robert A. Wasserman, an associate in the law firm of Fisher Phillips, LLP, 46 Penn Centre, 4622 Pennsylvania Avenue, Suite 910, Kansas City, Missouri 64112; phone: 816.842.8770; email rwasserman@fisherphillips.com, to appear and participate in this action as one of the attorneys for the Defendant. Mr. Wasserman is qualified to be admitted before this Court:

1.  Mr. Wasserman is an attorney in good standing and licensed and admitted to practice in the State of Missouri. He is member in good standing of Bars of the United States District Court for the District of Kansas, and the United States District Court for the Western District of Missouri.

2.  Mr. Wasserman will abide by the Local Rules of the United States District Court for the Eastern District of Arkansas.

3.  In accordance Local Rule 83.5(d), Mr. Wasserman designates James M. Gary, Kutak Rock LLP, One Union National Plaza, 124 West Capitol Ave., Suite 2000, Little Rock, Arkansas 72201; phone DD: 501.975.3140; email: jim.gary@kutakrock.com as a member of the

Bar of this Court, who maintains an office in Little Rock, Arkansas and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

WHEREFORE, movant respectfully request an order granting permission *pro hac vice* in this matter to Robert A. Wasserman as one of the attorneys for the Defendant.

    Respectfully submitted,

    James M. Gary
    AR Bar No. 80051
    KUTAK ROCK LLP
    Attorneys at Law
    One Union National Plaza
    124 West Capitol Ave., Suite 2000
    Little Rock, Arkansas 72201
    Direct: 501.975.3140
    Main Dial: 501.975.3000
    Fax: 501.975.3001
    jim.gary@kutakrock.com

    Attorneys for Defendant

4891-7664-0389.1