IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT**  **PLAINTIFFS**
**Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.  No. 4:22-cv-286-KGB

**SC REALTY SERVICES, INC.**  **DEFENDANT**

### NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiffs. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiffs' other attorneys.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com