IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT,**  **PLAINTIFF**
**individually and on behalf**
**of all others similarly situated**

v.  Case No. 4:22-cv-00286-KGB

**SC REALTY SERVICES, INC.**  **DEFENDANT**

## ORDER

Before the Court is the motion for leave to appear *pro hac vice* of Robert A. Wasserman of the firm of Fisher Phillips, LLP, 46 Penn Centre, 4622 Pennsylvania Avenue, Suite 910, Kansas City, Missouri 64112, as counsel of record for defendant SC Realty Services, Inc. (Dkt. No. 86). The Court grants the motion for leave to admit Mr. Wasserman *pro hac vice* pursuant to Local Rule 83.5(d).  Mr. Wasserman shall appear as counsel of record for SC Realty Services, Inc.

So ordered this the 10th day of October, 2023.

_____
Kristine G. Baker
United States District Judge