## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**HAMONN PRATT,**                                                                           **PLAINTIFF**
**individually and on behalf**
**of all others similarly situated**

v.                         Case No. 4:22-cv-00286-KGB

**SC REALTY SERVICES, INC.**                                                   **DEFENDANT**

### ORDER

Before the Court is attorney Daniel Ford's motion to withdraw as attorney of record for plaintiff Hamonn Pratt, individually and on behalf of all others similarly situated (Dkt. No. 88). Mr. Ford states that he has resigned as a full-time member of the Sanford Law Firm, PLLC, effective October 6, 2023 (*Id*., ¶ 1).  Mr. Ford represents that Mr. Pratt will continue to be represented by other counsel of record (*Id*. ¶ 2).  For good cause shown, the Court grants Mr. Ford's motion to withdraw (*Id*.).

So ordered this the 10th day of October, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge