IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-286 KGB

**SC REALTY SERVICES, INC.**     **DEFENDANT**

### JOINT MOTION FOR EXTENSION OF DEADLINES AND AMENDED SCHEDULING ORDER

Plaintiff Hamonn Pratt, individually and on behalf of all other similarly situated, and Defendant SC Realty Services, Inc., by and through their respective undersigned counsel, for their Joint Motion for Extension of Deadlines and Amended Scheduling Order, do hereby state and allege as follows:

1. On May 9, 2023, this Court entered the Second Amended Final Scheduling Order. *See* ECF No. 84.

2. The operative scheduling order in this matter has discovery closing on November 15, 2023, and the motions deadline passing on November 30, 2023.

3. The parties have been working diligently to gather information on the collective and engage in discovery, which totals more than 500 individuals and involves a significant amount of document gathering and evaluation.

4. The parties have exchanged discovery requests and are in the process of answering, but due to the large number of opt-in Plaintiffs, both sides require more time to gather, examine, and produce all relevant information needed to complete discovery.

Page 1 of 3
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
Joint Motion for Extension of Deadlines and Amended Scheduling Order

5. Accordingly, the parties request an amended scheduling order which extends the discovery deadline, motions deadline, the deadline to request a settlement conference and all other remaining deadlines, including a new trial date.

6. Due to the size and complexity of the collective and their claims, the Parties request an extension of 90 days to the trial date and attendant deadlines.

7. The parties make these requests in order to complete discovery related to Plaintiff and opt-in Plaintiffs and explore the possibility of early resolution.

8. This motion is filed jointly in good faith and not for the purposes of undue delay.

WHEREFORE, premises considered, the parties pray that this Court grant their Joint Motion for Extension of Deadlines and Amended Scheduling Order and extend the discovery deadline, motions deadline, the deadline to request settlement conference and all other remaining deadlines, including a new trial date by 90 days, and for all other just and proper relief.

Page 2 of 3
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
Joint Motion for Extension of Deadlines and Amended Scheduling Order

Respectfully submitted,

**HAMONN PRATT, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Sean Short*
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and   DEFENDANT SC REALTY SERVICES, INC.**

KUTAK ROCK LLP
One Union National Plaza
124 West Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 975-3000
Facsimile: (501) 975-3001

James M. Gary
Ark. Bar No. 80051
Jim.gary@kutakrock.com

*/s/ James C. Sullivan (w/ permission)*
Gregory D. Ballew (*Pro Hac Vice*)
James C. Sullivan (*Pro Hac Vice*)
FISHER & PHILLIPS LLP
4622 Pennsylvania Avenue, Suite 910
Kansas City, Missouri 64112
Telephone: (816) 842-8770
Facsimile: (816) 842-8767
gballew@fisherphillips.com

Page 3 of 3
Hammon Pratt, et al. V. SC Realty Services, Inc.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-286-KGB
Joint Motion for Extension of Deadlines and Amended Scheduling Order