# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| HAMMON PRATT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SC REALTY SERVICES, INC.<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  No. 4:22-cv-286-KGB<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant SC Realty Services, Inc., hereby certifies that *Defendant's Responses to Plaintiff's Third Request for Production of Documents to Defendant* and *Defendant's Response to Plaintiff's First Set of Requests for Production to Defendant* were served via electronic mail in .pdf format on the on the 17th day of November, 2023 to Attorneys for Plaintiff:

> Josh Sanford
> Daniel Ford
> Sean Short
> Sanford Law Firm, PLLC
> 10800 Financial Centre Parkway, Suite 510
> Little Rock, Arkansas 72211
> josh@sanfordlawfirm.com
> daniel@sanfordlawfirm.com
> sean@sanfordlawfirm.com

Respectfully submitted,

  /s/  *James C. Sullivan*
James C. Sullivan, MO Bar # 38318
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
Phone:  816.842.8770
Facsimile:  816.842.8767
Email:  jsullivan@fisherphillips.com

James M. Gary AR Bar No. 80051
KUTAK ROCK LLP
Attorneys at Law
One Union National Plaza
124 West Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
Direct: 501.975.3140
Main Dial: 501.975.3000
Fax: 501.975.3001
jim.gary@kutakrock.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of the November, 2023, the foregoing was served via email to all counsel of record for Plaintiff:

    Josh Sanford
    Daniel Ford
    Sean Short
    Sanford Law Firm, PLLC
    10800 Financial Centre Parkway, Suite 510
    Little Rock, Arkansas 72211
    josh@sanfordlawfirm.com
    daniel@sanfordlawfirm.com
    sean@sanfordlawfirm.com

  /s/  *James C. Sullivan*
Attorney for Defendant