**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HAMONN PRATT,**                                                                                                  **PLAINTIFF**
individually and on behalf
of all others similarly situated

v.                                **Case No. 4:22-cv-00286-KGB**

**SC REALTY SERVICES, INC.**                                                     **DEFENDANT**

## **ORDER**

Before the Court is the parties' joint motion for extension of deadlines and amended scheduling order (Dkt. No. 91). In their joint motion, the parties state that the Court entered a Second Amended Final Scheduling Order setting a discovery deadline of November 15, 2023, and motions deadline of November 30, 2023 (Dkt. No. 91, ¶ 2). The parties maintain that they have been working diligently to gather information on the collective, which totals more than 500 individuals (*Id*., ¶ 3). The parties request additional time to gather, examine, and produce relevant information needed to complete discovery (*Id*., ¶ 4). The parties request that the Court enter an amended scheduling order which resets the discovery deadline, motions deadline, the deadline to request a settlement conference, and all other remaining deadlines, and sets a new trial date (*Id*., ¶ 5). The parties request that, due to the size and complexity of the collective and their claims, the Court provide an extension of at least 90 days for the trial date and all attendant deadlines (*Id*., ¶ 6). For good cause shown, the Court grants the parties' joint motion for extension of deadlines and amended scheduling order (Dkt. No. 91). The Court will set new pretrial deadlines and a new trial date by separate order.

So ordered this this 27th day of December, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge