**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| HAMMON PRATT, individually and on behalf of all others similarly situated, | : : |
| Plaintiff, | : : |
| v. | : No. 4:22-cv-286-KGB |
| SC REALTY SERVICES, INC. | : : |
| Defendant. | : : |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant SC Realty Services, Inc., will take the deposition upon oral examination of Plaintiff Hammon Pratt commencing at 10:00 a.m. central time on February 28, 2024 and continuing from day to day thereafter until completed.

The deposition testimony will be taken remotely via Zoom or other video conference platform, coordinated by court reporting service Veritext. Counsel for the parties and their clients may be participating from various separate locations. The deposition is being taken for the purposes of discovery, for use at trial, and for any other purposes as permitted under the Federal Rules of Civil Procedure, court order, and any other applicable rules. The deposition shall be conducted before an officer or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure.

The deposition will be recorded stenographically and by video, and may be recorded through instant visual display of testimony using "Live Note" or a similar software. The deposition will be conducted via Zoom, with all parties appearing remotely. Each party must have access to audio and video capability and must appear on screen for the duration of the deposition. All individuals calling in/appearing on Zoom shall appear on video. The deposition will be

stenographically recorded and videotaped by Veritext, LLC.  This deposition is being taken for purposes of discovery, for use at trial, and/or for such purposes as are permitted under the Federal Rules of Civil Procedure and other applicable law.

Respectfully submitted,

 /s/  James C. Sullivan
James C. Sullivan, MO Bar # 38318
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
Phone:  816.842.8770
Facsimile:  816.842.8767
Email:  jsullivan@fisherphillips.com

James M. Gary AR Bar No. 80051
KUTAK ROCK LLP
Attorneys at Law
One Union National Plaza
124 West Capitol Ave., Suite 2000 Little Rock, Arkansas 72201 Direct: 501.975.3140
Main Dial: 501.975.3000
Fax: 501.975.3001
jim.gary@kutakrock.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 19th day of the February, 2024, the foregoing was filed using the Court's CM/ECF system, which will provide electronic notification to all counsel of record for Plaintiff:

  Josh Sanford
  Sean Short
  Sanford Law Firm, PLLC
  10800 Financial Centre Parkway, Suite 510
  Little Rock, Arkansas 72211
  josh@sanfordlawfirm.com
  sean@sanfordlawfirm.com

                */s/ James C. Sullivan*
                Attorney for Defendant