IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| HAMMON PRATT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SC REALTY SERVICES, INC. <br><br> Defendant. | No. 4:22-cv-286-KGB |

**JOINT STATUS REPORT**

Pursuant to the Court's Third Amended Final Scheduling Order, Plaintiff Hammon Pratt, individually and on behalf of others similarly situated, and Defendant SC Realty Services, Inc., hereby submit this Joint Status Report:

1. The parties have reached a settlement in this matter on the issue of liability as to the claims of Plaintiff Hammon Pratt and twenty (20) of the opt-in Plaintiffs who are similarly situated to Plaintiff Pratt. The settlement amount on the issue of liability is $3,402.69.

2. The parties have also reached a settlement on the issues of attorneys' fees, costs and a special award to Plaintiff Pratt. The settlement amount on the issues of attorneys' fees, costs and a special award to Plaintiff Pratt is $16,597.31.

3. The parties intend that Plaintiff will submit an unopposed motion to approve the settlement on the issues of liability, attorneys' fees, costs and a special award to Plaintiff Pratt by April 12, 2024.

1

Respectfully submitted,

*/s/ Sean Short*
Sean Short, AR Bar No. 2015079
Josh Sanford, AR Bar No. 2001037
**Sanford Law Firm, PLLC**
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

ATTORNEYS FOR PLAINTIFF


*/s/ James C. Sullivan*
James C. Sullivan, MO Bar # 38318
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
Phone:  816.842.8770
Facsimile:  816.842.8767
Email:  jsullivan@fisherphillips.com

James M. Gary AR Bar No. 80051
**KUTAK ROCK LLP**
Attorneys at Law
One Union National Plaza
124 West Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
Direct: 501.975.3140
Main Dial: 501.975.3000
Fax: 501.975.3001
jim.gary@kutakrock.com

ATTORNEYS FOR DEFENDANT