IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on**        **PLAINTIFF**
**Behalf of All Other Similarly Situated**

vs.        No. 4:22-cv-286-KGB

**SC REALTY SERVICES, INC.**        **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Hamonn Pratt, individually and on behalf of all others similarly situated, and Defendant SC Realty Services, Inc., by and through their undersigned counsel, hereby state the following:

1. On March 15, 2024, the Parties filed a Joint Status Report notifying the Court that they had reached a settlement regarding all claims alleged in this case. (ECF No. 96)

2. Further, the Parties stated that Plaintiff will submit an Unopposed Motion for Approval of the Settlement by April 12, 2024. *Id*.

3. The Parties are in the process of drafting and editing a formal written settlement agreement to the satisfaction of both parties.

4. Accordingly, the parties require more time to finalize their agreement, obtain all signatures, and edit their dismissal documents.

5. The Parties anticipate that Plaintiff will file an Unopposed Motion for Approval of the Settlement by April 26, 2024.

Respectfully submitted,

**HAMONN PRATT, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **DEFENDANT SC REALTY SERVICES, INC.**

KUTAK ROCK LLP
One Union National Plaza
124 West Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 975-3000
Facsimile: (501) 975-3001

James M. Gary
Ark. Bar No. 80051
Jim.gary@kutakrock.com

*/s/ James C. Sullivan*
Gregory D. Ballew (*Pro Hac Vice*)
James C. Sullivan (*Pro Hac Vice*)
FISHER & PHILLIPS LLP
4622 Pennsylvania Avenue, Suite 910
Kansas City, Missouri 64112
Telephone: (816) 842-8770
Facsimile: (816) 842-8767
gballew@fisherphillips.com