IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT, Individually and on**                                      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                        No. 4:22-cv-286 KGB

**SC REALTY SERVICES, INC.**                                      **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN

Notice is hereby given that the following Opt-In Plaintiffs withdraw their Consent to Join this case:

Jacqueline Adams;

Abel Aguilar;

Iliana Aguirre;

Shemika Aldridge;

Robert Alexander;

Tommy Alexander;

Angela Alexander;

Carolyn Allen;

Lachyna Allen;

Tocomcy Anderson;

Angela Anderson;

Joshuwa Anderson;

Nichole Anderson;

Nancy Anderson;

Keri Arant;

Amanda Arcement;

Claudia Arnold;

Elizabeth Arter;

Vrikia  Ashley;

Mavis  Atkins;

George Austin;

Roseann Axtell;

Addie  Bailey;

Darrell Banks;

Tomie Barras;

Eric Beard;

Ninjula Quadrae Beasley;

Kiera Beason;

Adrean Beckless;

Xavier Bell;

Kenzell Biggers;

Nathalie Birang;

Jerome Blake;

Gail Block;

Sharleene Blount;

Raven Bobo;

Samuel Boone;

Jennifer Botkin;

Orris Bowles;

Cynthia Boyce;

Betty Boyett;

Rochelle Brandon;

Mistey Braswell;

Kimberly Briggs;

Onzie Brown;

James Brown;

Cindy Brown;

Dejean Brown;

Bradley Browning;

Eldridge Buckley;

Lori Bullock;

Erik Burchett;

Roxana Burris;

Marcus Burton;

Chivonne Butcher;

Patricia Marie Butler;

Eneydi Calvo;

Rajen Campbell;

Magdalena Campos;

John Cano;

Jakayla Carrigan;

Carlissa Carter;

Jujuan Carter;

Kiowa Blu Carter;

Dericus Carter;

Angela Cassady;

David Chambers;

Greg Channell;

Leland Chapman;

Alvin Chapman;

Stephen Chitman;

Willie Clark;

Christina A Clark;

James Clay;

Kinard Clower;

Vickie Clower;

Jordan Coleman;

Shirley Contreras;

Bobby Cook;

Antoinette Cook;

Daniel Cooper;

Brenda Copeland;

Irma Corona;

Amanda Cottle;

Rodger Clinton Cronin;

Jessie Crume;

Kalaan Curley;

Kylan Curry;

Anthony J Daley;

Nicholas Daniels;

Bobbie Danzie;

Briana Davidson;

Derrick James Davis;

Devontae Davis;

Shakelia Davis;

Cynthia Davis;

Devin Davis;

Terri Davis;

Brenda Davis;

Desiree D Davis;

Willona Davis;

Moses Dawkins;

Pearlean Dear;

Luther Delany;

Martha P Diaz;

Lance Dobbs;

Donna Dooley;

Jerry Dority;

Albert Dorsey;

Jazmine Dorsey;

Kevin Dotson;

Christopher Dotson;

Cameron Downen;

Lorena Dukes;

Lashadrick Dunn;

Jelesia Dupar;

Perla Duran;

Patricia Duran;

Detrice Dye;

Laquinncia Dyson;

Haley Eads;

Megan Eads;

Tiffany Eckford;

Jame  Edwards;

Kentorius Dangelo Edwards;

Hailey Eldridge;

Sabrina Epps;

Felecia Erby;

Landon Erion;

Dasianelle Esters;

Judy Everett;

Rafael Feliz;

Martina Flores;

Santos Flores;

Ana Lilia Flores Mera;

Sheri Floyd;

Shalamar Ford;

Natalie Foremen;

Annajayne Free;

Dequan French;

Terrie L French;

Tamekia French;

Mary Furches;

Quaniesha Furlow;

Tyeesha Furlow;

Randy Gabrielsen;

Gloria Gabrielsen;

Tonya Gadberry;

Undra Gaines;

Jesus Galvez;

Maria Garcia;

Saturnina Garcia;

M Garcia Oria;

Marva Garrett;

Katrina Garrett;

Jermere Garrett;

Tameo Garrin;

Jerry Gary;

Albert George;

Alice Gibson;

Latroy Golden;

William Gomez;

Shirley Goodloe;

Semiko Grady;

Diann Graham;

Austin Gray;

Justin Green;

Sherma Green;

Janet Griffin;

Farah Griggs;

Betty Grimes;

Zachary Grubb;

Yves Guy;

Faith Hall;

Whitney Hall;

Leesa Hamilton;

Wanda Hanner;

Hailey Hansen;

Gregory Hardaway;

Grey Harrell;

Amanda Leigh Harrelson;

Betty Harris;

Darius Harris;

Quest Harris;

Tiffany Harris;

Johanna Hartin;

Adore Haskins;

Jayla Hassan;

Frankie Hatcher;

Brandi Hawkins;

Jammy Hawkins;

Glen Hawkins;

Alyssia Hawthorne;

Katrina Hawthorne;

Tiras Haynes;

Demorio D Henry Sr;

Mattie Henton;

Elias Hernandez;

Viridiana Herrera;

Cassie Hicks;

Jamie Higgins;

Kenneth Hilderbran;

Bradford Hill;

James Hill;

Herman Lee Hill;

Elizabeth Hill;

Kevin Hill;

Ty Hill;

Lavanna Hinckley;

Tiffany Hinds;

Jennifer Hinojosa;

Jesse Hinson;

Veronica Hinton;

Christopher Hogan;

Monia Holiman;

Elanda Holland;

Ola M Holland;

Melissa G Holland;

Latoya M Holliday;

Jean Horton;

Annette Hoskins;

Calvi   Hoskins;

Kenqua Hoskins;

Daryl Howard;

Kandyce Hubbard;

Mariah Hubbard;

Briana Hughes;

Stacy Hughes;

Elisa Humphrey;

Mellisa Ince;

Ana Izaguirre;

Jackie Jackson;

Pamela Jackson;

Walter Jackson;

Alice Jackson;

Joenettia Jackson;

Michelle Jackson;

Terence Lee Jackson;

Sharhonda Jackson;

Larry Jacobs;

Corzell Jacobs;

Leon Jandrew;

James Jeffries;

Sabrina Jenkins;

James Johnson;

Laquaithia Johnson;

Leola Johnson;

Melissa Johnson;

Jalesa Johnson;

Malina Johnson;

Malinda Johnson;

Maranda Johnson;

Janonna Johnson;

Sarah Fourroux Jones;

Sarah Jones;

Cordarias Jones;

Matthew Steven Jones;

Felicia Jones;

Pamela Jones;

Sandra Jones;

Carrie Jones;

Alissa Jones;

Latashia Jones;

Luke Jones;

Aaron Joseph;

Jesus Juarez;

Leslie Kerwood;

Mike Kerwood;

Nicholas Kesterson;

Tina Keyes;

Kandice Killion;

Wrenyatta (Wren) King;

Mae King;

Henry King;

Mauretta Knox;

Tony  Knox;

Warren Lacy;

Natashia Lagrone;

Joshua Lamb;

Allen Lambie;

Viridiana Landaverde;

Lizbeth Landaverde;

Francisco Landaverde;

Bruce Lane;

Debbie Lankford;

Micah Lanney;

Israel Lati;

Mellisa Lawrence;

Tania Ledbetter;

George Lee;

Jennifer Lee;

Valerie Lee;

Tonya Leigott;

Charlene Lemmon;

Dale Levy;

Jmyah Lewis;

Jmarriyun Lewis;

Quintina Lewis;

Angelica Liddell;

Amber Limbert;

Caitlin Linehan;

Devon Little;

Rafael Lloret Saladin;

Tyrone Logan;

Melvin Long;

Hector Lopez;

Carmen Lopez;

Anthony Lopez;

Jasmine Love;

Michelle Loyd;

Jovita Luttrull;

Flora Mack;

Delawrence Mack;

Derreck Magby;

Vanessa Maker;

Della Mankey;

Andre G Manning;

Laquetta Maple;

Mark D Marler;

Charles Marshall;

Trina L Marshall;

Marquette Martin;

Ofelia Martinez;

Rebeca Martinez;

Jami Mason;

Janice Mathis;

Elizabeth Mathis;

Nathan Mathis;

Nathan Mathis Jr;

Tiffany Mcadory;

Saprena Mccann;

Veronica Mccoy;

Markkel Mccoy;

Latraivus Mcdaniel;

Danielle Mcduffy;

Lakesha Mcgowan;

Alice Mcintosh;

Lewis Mcintosh;

Candice Mcking;

Erica N Mcmiller;

Markeeta Mcray;

Tiffany Mcray;

Christine Melendez;

Silvia Melgar;

Claudia Mendez;

Ruth Mendoza Lloret;

Nora Merriman;

Annie Merritt;

Nyla Miller;

Richard Miller;

Maria Mitchell;

Jessie Mitchell;

Krystal Mitchell;

Jennifer Mitchell;

Victoria Mitchell;;

Candice Mitchell;

Tanisha Mitchell;

Maria Mondragon;

Maria Mondragon;

Leon Moore;

Marvin Moore;

Phaedra Moore;

Robert Moore;

Freddie Moore;

Ilcia Morales;

Rosa Morris;

James Morris;

Janice Morris;

Joyce Morris;

Sasha Morrison;

Yonnie Moses;

Gregory Mosley;

Marcus Mosley;

Roxianna Mugley;

Maria Munoz;

Sandra Murrell;

Victor Nash;

Eric Nathan;

Sandra Nelson;

Codee Nelson;

Trachica Newmy;

Majuannie Newmy;

Shamiya Newmy;

Shaterrica Newmy;

Lyrica Noble;

Falanda Nolan;

Virlee Numan;

Yirelis Nunez;

Candy Oden;

Edward Oneal;

Vickie Oneal;

Toja O'neal;

Irma Ornelas;

Bobby Orr;

Jason Edward Orr;

Johnathan Outlaw;

Shirley Palton;

Ramona Parker;

Johnny Patterson;

Brad Patterson;

Megan Lynette Patterson;

Kejuan Payne;

Tammy Payne;

Cammilleo Pearson;

Wanda Pena;

Wander Pena;

Keyshun Peoples;

Mateo Perez;

Juana Perez Alonzo;

Jakaila Perry;

Dwight Phillips;

Amanda Plateman;

Jonte Pledge;

Katherine Plummer;

Rodajia Pope;

Matt Pope;

Terrance Pork;

Ella Porter;

Victoria Powell;

Mary Price;

Teresa Prince;

Jaycie Prunty;

Ginger Puckett;

Margarita Puga;

Lorena Quiroz;

Dale Rabion;

Catrina Rainer;

Guadalupe Rangel;

Bryanna Raye;

Robert Real;

Jennifer Reed;

Angela Reed;

Stephanie Resendez;

Cesar Reyes;

Patricia Richardson;

Dedrea Rieson;

Paul Rieson;

Amber Roberts;

Lynda Roberts;

Cameron Robinson;

Shaun Robinson;

Corveuan Robinson;

Christopher Rodgers;

Candelaria Rodriguez;

Willie Rodriguez;

Jennel Roe;

Alexzandra Ross;

Louie Roth;

Randall Roth;

Tyrik K Roy;

Fernando Ruiz;

April Ruiz;

Chelsie Russell;

Mary Rylie;

Gloria Salgado;

Tatyana Sapp;

Erica Scales;

Frank Schottel;

Katarina Schottel;

Saundra Scott;

Amelia Serna;

John Sharkey;

Kaseem Kani Shaw;

Tillee Shelton;

Lavern Shepherd;

Rodolfo Silva Garcia;

Legina Sims;

Melissa Singleton;

Joana Smith;

Clarence Smith;

Kim Smith;

Devoneon Smith;

Gennifer Smith;

Valerie Smith;

Alexus Monet Smith;

Hernandez R Smith;

Rokuiya Smith;

Quadarrius Smith;

Raymond Smith;

Shannon Smith;

Erin Smith;

Lataveous Smith;

Denisha Spearman;

Jasmine Spearman;

Joseph Speed;

Lillyona Spiller;

Marshe Sprinkle;

Demetria Steele;

Linda Straw;

Shalonda Strong;

Constance Stults;

Dana Sweaney;

Melvin Sykes;

Douglas Talley;

Emanuel Taylor;

Juanita Taylor;

Mackenzie Taylor;

Makayla Taylor;

Emma Taylor;

Staci Taylor;

Freddie Taylor;

Evelyn Taylor-Clark;

Rickey Terry;

Deaunta Thomas;

Ivory Thomas;

Dwayne Thomas;

Tige Thompson;

Breonna Thurman;

Shaunmekka Thurman;

Schona Tobar;

Kiley Todd;

Nygeria Toliver;

Jerry Townsand;

Tia Lynn Trollinger;

Gearneshia Turner;

Gearldine Turner;

Cassandra Tyler;

Lacy Uchtman;

Elizabeth Vandyke;

Latanya Varnado;

Israel Vasquez;

Parmota Velasquez;

Angelis Ventura;

Sebrina Wade;

Antwana Devon Walker;

Nicholas Wallace;

Henry Walton;

Olivia Ward;

Johnnie Ware;

Precious Watkins;

Larry Watkins;

Patricia Watkins;

Crystal Watkins;

Robert Watts;

Bernard Weatherspoon;

Sophia Wesley;

Traneque N West;

Anita Weston;

Sandra Wheeler;

Cassandra White;

Tanisha White;

William White;

Gary B White;

Lakristen White;

Ryan White;

Larsena Wilborn;

Luciannia Wiley;

Shulanda Williams;

Kenneth Williams;

Ke'amari Williams;

Dermontte Rhsad Williams;

Tequila Williams;

Georgia Williams;

Willie Williams;

Stairan Williams;

Yolunda Williams;

Melissa Williams;

Landry Williams;

Damaria Williams;

Frances Williams;

Quantrell Williams;

Latoya Williams;

Treonia Williams;

Carlotta Willingham;

Amy Willis;

Devon Wilson;

Alexandria Wilson;

Shawana Wilson;

Brently Wolcott;

Tabatha Wooten;

Marion Wright;

Joseph Wright;

Peggy Yarber;

Leigh Yeargan;

Clifton York;

Rondrika Young;

Brittany Young;

Jordan Zelnick;

Respectfully submitted,

**HAMONN PRATT, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com