IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| HAMMON PRATT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SC REALTY SERVICES, INC.<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: No. 4:22-cv-286-KGB<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's Order dated May 10, 2024, approving the settlement of this matter (Doc. 100), Plaintiff Hammon Pratt, individually and on behalf of the Participating Opt-In Plaintiffs, and Defendant SC Realty Services, Inc., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

*/s/ Sean Short*
Sean Short, AR Bar No. 2015079
Josh Sanford, AR Bar No. 2001037
**Sanford Law Firm, PLLC**
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

ATTORNEYS FOR PLAINTIFF

2

        */s/ James C. Sullivan*
James C. Sullivan, MO Bar # 38318
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
Phone:  816.842.8770
Facsimile:  816.842.8767
Email:  jsullivan@fisherphillips.com

James M. Gary AR Bar No. 80051
**KUTAK ROCK LLP**
Attorneys at Law
One Union National Plaza
124 West Capitol Ave., Suite 2000
Little Rock, Arkansas 72201
Direct: 501.975.3140
Main Dial: 501.975.3000
Fax: 501.975.3001
jim.gary@kutakrock.com

ATTORNEYS FOR DEFENDANT