IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAMONN PRATT,**                                                                                                           **PLAINTIFF**
**individually and on behalf**
**of all others similarly situated**

v.                                          Case No. 4:22-cv-00286-KGB

**SC REALTY SERVICES, INC.**                                                                               **DEFENDANT**

## ORDER

Before the Court is plaintiff Hammon Pratt, individually and on behalf of the participating opt-in plaintiffs, and defendant SC Realty Services, Inc.'s stipulation of dismissal with prejudice (Dkt. No. 101). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 101). The action is dismissed with prejudice.

It is so ordered, this the 20th day of June, 2024.

_____
Kristine G. Baker
Chief United States District Judge